UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JOSE RIVERO, ET AL.,<br><br>         Plaintiffs,<br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.,<br><br>         Defendants.<br>_____/ | No. C-93-03383 MJJ (JCS)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' REQUEST FOR LEAVE TO CONDUCT FURTHER DISCOVERY** [Docket No. 440] |

On May 25, 2007, Defendants filed a Request for Leave to Conduct Further Discovery (the "Request") [Docket No. 440]. On May 29, 2007, Plaintiffs filed their response. Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Pursuant to the agreement by Plaintiffs, Plaintiffs shall respond fully to Defendants' Interrogatory No. 1.

2. Plaintiffs do not, in their May 29, 2007 filing, oppose Defendants' request for a Rule 30(b)(6) deposition of Mr. Shikman. Accordingly, Defendants may take a 30(b)(6) deposition of Mr. Shikman with respect to the two subjects listed in this Court's order of April 30, 2007.

3. The request for a deposition of Mr. Schratz is DENIED without prejudice.

IT IS SO ORDERED.

Dated: June 11, 2007

JOSEPH C. SPERO
United States Magistrate Judge