1  DENNIS J. HERRERA, State Bar #36508
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  JAMES M. EMERY, State Bar #153630
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4261
6  Facsimile:    (415) 554-3837
   E-Mail:       jim.emery@sfgov.org
7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO;
   JOSEPH SURDYKA; HERBERT HAWLEY AND BOYD STEPHENS
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FRANCISCO JOSE RIVERO; PACIFIC INTERMENT SERVICES, a California corporation,<br><br>            Plaintiffs,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; JOSEPH SURDYKA; HERBERT HAWLEY; BOYD STEPHENS,<br><br>            Defendants. | Case No. C93-3383 MJJ<br><br>**[PROPOSED] ORDER AUTHORIZING DEPOSITION OF PLAINTIFF FRANCISCO RIVERO** |
|---|---|

   Good cause appearing, the Court authorizes defendants to take the deposition of plaintiff Francisco Rivero, in addition to the discovery authorized in the Court's prior discovery orders entered on May 22, 2007 and June 12, 2007.

   SO ORDERED.

   Dated: June 19, 2007

   _____
   HON. JOSEPH C. SPERO
   UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER
USDC-ND CAL. CASE NO. C93-3383 MJJ                           1                               N:\LIT\LI2000\930203\00420267.DOC