DEAN W. MCPHEE #62104
RANDALL B. AIMAN-SMITH #124599
REED W. L. MARCY #191531

## McPHEE & AIMAN-SMITH

A PROFESSIONAL CORPORATION

7677 OAKPORT STREET SUITE 1020 OAKLAND CA 94621
TEL 510 562 6800   FAX 510 562 6830

Attorneys for Plaintiffs
Francisco Jose Rivero and
Pacific Interment Services

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JOSE RIVERO; PACIFIC INTERMENT SERVICE, a California corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; JOSEPH SURDYKA; HERBERT HAWLEY; BOYD STEPHENS; and DOES 1-20 inclusive,<br><br>　　　　Defendants. | Case No.: C-93-3383 MJJ<br><br>**STIPULATION AND ORDER RE: DISCOVERY AND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO FIX JUDGMENT, INTEREST, COSTS, AND ATTORNEY'S FEES**<br><br>Hearing Date:　October 19, 2007<br>Time:　　　　　9:00 a.m.<br>Courtroom:　　A, 15th Floor<br><br>Magistrate Judge Joseph C. Spero |

---

Stip & Order Re: Discovery And Briefing Schedule For Plaintiffs' Motion To Fix Judgment, Interest, Costs, & Attorney's Fees
*Rivero, et al. v. City and County of San Francisco, et al.*　　Case Number C-93-3383 MJJ

## STIPULATION

As a result of the vacation schedules and resulting unavailability of experts to produce their reports and appear at depositions, the parties hereby stipulate to the following changes to the briefing schedule on Plaintiffs' Motion to Fix Judgment, Costs, Interest, and Attorney's Fees, as previously ordered by this Court:

1. The date for defendants to file and serve their expert declarations will be changed from August 17, 2007, as currently set, to August 31, 2007.

2. The date for filing and service of defendants' Opposition Brief will remain unchanged at August 31, 2007. Defendant agrees to provide an electronic copy of the brief and supporting papers to plaintiff's counsel by email on August 31, 2007, and to confirm receipt of said electronic copy.

3. Defendants agree to make their experts available for deposition between September 5 and September 11, 2007. As to any expert not made available during said period, said expert's testimony shall be withdrawn and not considered by the Court.

4. The date for filing and service of Plaintiffs' Reply Brief shall be extended by two Court days from September 21, 2007, as currently set, to September 26, 2007.

5. The hearing date for the motion shall remain October 19, 2007, as currently set.

Dated: 8-7-07

Randall Aiman-Smith
McPhee & Aiman-Smith
Attorneys for plaintiffs

Dated: 8-7-07

James M. Emery
Deputy City Attorney
San Francisco City Attorney
Attorneys for Defendants

# ORDER

The parties having stipulated and good cause appearing, therefore,

**IT IS ORDERED:**

1. The date for defendants to file and serve their expert declarations will be changed from August 17, 2007, as currently set, to August 31, 2007.

2. The date for filing and service of defendants' Opposition Brief will remain unchanged at August 31, 2007. Defendant agrees to provide an electronic copy of the brief and supporting papers to plaintiff's counsel by email on August 31, 2007, and to confirm receipt of said electronic copy.

3. Defendants agree to make their experts available for deposition between September 5 and September 11, 2007. As to any expert not made available during said period, said expert's testimony shall be withdrawn and not considered by the Court.

4. The date for filing and service of Plaintiffs' Reply Brief shall be extended by two Court days from September 21, 2007, as currently set, to September 26, 2007.

5. The hearing date for the motion shall remain October 19, 2007, as currently set.

Dated: 09/17/07



JOSEPH C. SPERO
Magistrate Judge
United States District Court
Northern District of California